IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROBERT C. SCHLEMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:07-CV-01162-CDP |
| v. | ) |
| | ) |
| ST. ANTHONY'S MEDICAL CENTER, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

COMES NOW THE PLAINTIFF, by and through counsel, and pursuant to settlement, dismisses his claims and this suit, *with* prejudice, each party to pay its own costs.

*[signature]*
Robert C. Schlemmer


**STRELLIS AND FIELD, CHARTERED**

*[signature]*
Dennis M. Field, 540369
Strellis and Field, Chartered
115 East. Mill Street
Waterloo, IL 62298
618/939-3404
618/939-3402 Fax
dfield@strellislaw.com
*Attorney for Plaintiff*

                              **SANDBERG, PHOENIX & von GONTARD, P.C.**

*/s/ Megan Cadice*
Kenneth W. Bean, #2595
J. Megan Cadice, #548714
One City Centre, 15th Floor
St. Louis, MO 63101-1880
314-231-3332
314-241-7604 (Fax)
E-mail: kbean@spvg.com
E-mail: mcadice@spvg.com
*Attorneys for Defendant*
*St. Anthony's Medical Center*